IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No. 10-mj-00015-LTM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARK R. HUNSICKER,

    Defendant.

---

## SPEEDY TRIAL FINDINGS AND ORDER

---

    The Court finds that an Information charging the Defendant with violation of 43 C.F.R. § 8341.1(f)(3) was filed on June 9, 2010. The speedy trial limits of 18 U.S.C. § 3161 are as follows: July 9, 2010 (30 days)

August 18, 2010 (70 days)

    The then presiding Magistrate Judge Laird T. Milburn set this matter for jury trail on August 11, 2010. Magistrate Judge Milburn resigned from the Court effective June 30, 2010. Recall Magistrate Judge Gudrun J. Rice is not able to preside over a jury trial on August 11, 2010, and therefore continues the jury trial, on her own motion, to September 14, 2010.

    The parties have advised the Court that a plea agreement has been potentially reached. The Defendant also requests that the Court continue the jury trial to allow the parties time to

conclude the plea negotiations. The matter is set for change of plea hearing on July 20, 2010. Until and unless, however, the Defendant changes his plea, the jury trial remains set on the docket, on September 14, 2010, a time outside the Speedy Trial limits.

Accordingly, in accordance with the provisions of 18 U.S.C. § 3161(h)(7)(A), the Court finds, based on the above stated reasons, that the ends of justice served by the granting of a continuance outweigh the best interests of the public and the Defendant in a speedy trial, and hereby continues the jury trial from August 11, 2010 to September 14, 2010.

DATED: July 6, 2010

BY THE COURT:

s/ Gudrun J. Rice
Gudrun J. Rice
United States Magistrate Judge